■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRELL HICKS, Appellant. [684 NYS2d 777] —Judgment, Supreme Court, New York County (Rena Uviller, J., at jury trial; Micki Scherer, J., at sentence), convicting defendant of criminal possession of a controlled substance in the third degree and sentencing him, as a second felony offender, to a term of 5½ to 11 years, unanimously affirmed.

The challenged portions of the prosecutor's summation were generally responsive to the defense summation and permissible comment on the evidence (*see, People v Overlee*, 236 AD2d 133, *lv denied* 91 NY2d 976). To the extent that any of the comments might be viewed as improper, we find that the court's curative actions were sufficient to prevent any possibility of prejudice (*see, People v Davis*, 58 NY2d 1102). Concur—Nardelli, J. P., Wallach, Lerner and Rubin, JJ.